UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARCEL PROCOPOI, DANIELA LENUTA PROCOPOI,<br><br>                         Plaintiffs,<br>    v.<br><br>CLARK COUNTY POLICE, CLARK COUNTY CHILD PROTECTIVE SERVICE,<br><br>                         Defendants. | No. 3:22-CV-5920-RAJ-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Court concludes Defendant Clark County Sheriff's Office is not a proper defendant in this action. Accordingly, the Motion to Dismiss (Dkt. 14) is granted. The Court also finds Defendant Clark County Child Protective Services has immunity. Therefore, the Clark County Sheriff's Office and Clark County Child Protective Services are dismissed and this case is closed.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 17th day of November, 2023.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1